| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-17035-AMC

EDWARD R. SIEGLER  
THERESA SIEGLER  
1569 W. COUNTY LINE ROAD  
HATBORO  PA   19040-1009

Petition Filed Date: 10/04/2016  
341 Hearing Date: 01/13/2017  
Confirmation Date: 12/14/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $1,003.00 | | 02/11/2019 | $1,003.00 | | 03/18/2019 | $1,003.00 | |
| 04/29/2019 | $1,003.00 | | 05/28/2019 | $1,003.00 | | 06/26/2019 | $1,003.00 | |
| 07/31/2019 | $1,003.00 | | 08/19/2019 | $1,003.00 | | 10/01/2019 | $1,003.00 | 6208942000 |
| 10/31/2019 | $1,003.00 | 6290908000 | 12/02/2019 | $1,003.00 | 6360015000 | 12/30/2019 | $2,006.00 | 6434336000 |
| 01/27/2020 | $1,003.00 | 6505802000 | 02/21/2020 | $1,003.00 | 6576844000 | 03/23/2020 | $1,003.00 | 6650814000 |
| 04/21/2020 | $1,003.00 | 6728874000 | 07/01/2020 | $1,003.00 | 6905230000 | 07/27/2020 | $1,003.00 | 6962454000 |

**Total Receipts for the Period: $19,057.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $41,906.98**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | WARMINSTER TOWNSHIP MUNICIPAL AUTHORITY<br>»» 002 | Unsecured Creditors | $554.83 | $554.83 | $0.00 |
| 11 | EAGLEWOOD SPV I LP<br>»» 011 | Unsecured Creditors | $19,437.00 | $7,564.51 | $11,872.49 |
| 16 | HORSHAM WATER AND SEWER AUTHORITY<br>»» 016 | Unsecured Creditors | $221.94 | $86.35 | $135.59 |
| 6 | BENCHMARK FEDERAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $7,818.40 | $3,042.74 | $4,775.66 |
| 7 | BENCHMARK FEDERAL CREDIT UNION<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | BENCHMARK FEDERAL CREDIT UNION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BECKET & LEE, LLP<br>»» 004 | Unsecured Creditors | $2,125.69 | $827.27 | $1,298.42 |
| 15 | CAVALRY INVESTMENTS LLC<br>»» 015 | Unsecured Creditors | $3,737.48 | $1,454.56 | $2,282.92 |
| 1 | STERLING JEWELERS INC<br>»» 001 | Secured Creditors | $2,325.21 | $2,325.21 | $0.00 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $1,426.69 | $555.23 | $871.46 |
| 20 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $796.50 | $309.95 | $486.55 |
| 17 | MARINER FINANCE LLC<br>»» 017 | Unsecured Creditors | $2,963.33 | $1,153.28 | $1,810.05 |
| 10 | MERRICK BANK<br>»» 010 | Unsecured Creditors | $2,086.64 | $812.11 | $1,274.53 |

**Chapter 13 Case No. 16-17035-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 012 | Unsecured Creditors | $1,766.66 | $687.56 | $1,079.10 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 013 | Unsecured Creditors | $1,982.46 | $771.54 | $1,210.92 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 014 | Unsecured Creditors | $1,861.79 | $724.58 | $1,137.21 |
| 18 | PNC BANK NA »» 018 | Mortgage Arrears | $7,682.23 | $7,682.23 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $1,950.74 | $759.19 | $1,191.55 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $1,621.22 | $630.97 | $990.25 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $909.81 | $354.06 | $555.75 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $1,729.86 | $673.21 | $1,056.65 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $2,123.48 | $826.43 | $1,297.05 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $1,208.92 | $470.45 | $738.47 |
| 3 | WELLS FARGO »» 003 | Unsecured Creditors | $6,299.00 | $2,451.44 | $3,847.56 |
| 8 | McCULLOUGH EISENBERG LLC »» 008 | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,906.98 | Current Monthly Payment: | $1,002.99 |
| Paid to Claims: | $36,467.70 | Arrearages: | $1,002.67 |
| Paid to Trustee: | $3,633.88 | Total Plan Base: | $57,954.50 |
| Funds on Hand: | $1,805.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.