United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-17035-amc |
|---|---|
| Edward R. Siegler | Chapter 7 |
| Theresa Siegler | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: 210U | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Edward R. Siegler, Theresa Siegler, 1569 W. County Line Road, Hatboro, Pa 19040-1009 |
| 13804056 | | Benchmark, PO Box 2387, West Chester, PA 19380-0114 |
| 13846640 | + | Benchmark Federal Credit Union, c/o Prince Altee Thomas, Fox Rothschild LLP, 2000 Market Street, Twentieth Floor, Philadelphia, PA 19103-3294 |
| 13846270 | + | Benchmark Federal Credit Union, c/o Prince Altee Thomas, Esquire, Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| 13804057 | | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 13835724 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13804060 | | Citi Bank / The Home Depot, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13871080 | + | Eaglewood SPV I, LP, Upstart Loan Operations, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 13892110 | + | Horsham Water & Sewer Authority, 617 Horsham Road, Horsham, PA 19044-1207 |
| 13898192 | + | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 13804067 | | Mariner Finance, 69 E Germantown Pike, Norristown, PA 19401-1558 |
| 13852234 | + | McCullough Eisenberg,, 65 West Street Road, Suite A-204, Warminster, PA 18974-3229 |
| 13804070 | | PNC Bank, PO Box 8807, Dayton, OH 45401-8807 |
| 14237746 | + | PNC Bank NA, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13841263 | | PNC Bank, NA, c/o David Neenen, Esq., Udren Law Offices P.C., Woodcrest Rd., Ste. 200, Cherry Hill, NJ 08003-3620 |
| 13807324 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 13804073 | | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 13804074 | | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 13804075 | | The Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 13822951 | + | Warminster Twp. Municipal Auth., 415 Gibson Ave., PO Box 2279, Warminster, PA 18974-0147 |
| 13832931 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13804077 | | Wells Fargo card services, PO Box 5412, Carol Stream, IL 60197-5412 |
| 13804061 | | citi card, PO Box 6403, Sioux Falls, SD 57117-6403 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 12 2020 03:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2020 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 12 2020 03:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:40:36 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13804058 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 12 2020 03:46:25 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |

Case 16-17035-amc   Doc 83   Filed 12/13/20   Entered 12/14/20 00:57:34   Desc Imaged
                        Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 11, 2020 | Form ID: 210U | Total Noticed: 48 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 13883222 | + | Email/Text: bankruptcy@cavps.com | Dec 12 2020 03:14:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13804062 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 12 2020 03:40:45 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 13804059 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 12 2020 03:33:53 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 13804055 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 12 2020 03:33:54 | Amazon, PO Box 15298, Wilmington, DE 19850-5298 |
| 13804063 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2020 03:13:00 | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 13804064 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2020 03:13:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 13899102 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2020 03:46:35 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14036160 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2020 03:40:48 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13804066 | | Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:40:37 | Lowe's/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 13855266 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2020 03:46:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13881391 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2020 03:14:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13804068 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2020 03:33:52 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 13898365 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 12 2020 03:13:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13900990 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2020 03:40:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13804069 | | Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:40:37 | Paypal Credit Svcs, PO Box 960080, Orlando, FL 32896-0080 |
| 13803574 | | Email/PDF: rmscedi@recoverycorp.com | Dec 12 2020 03:33:58 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13804072 | | Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:40:37 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 13804071 | | Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:46:22 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 13804076 | | Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:46:23 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 13804065 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2020 03:13:00 | kohl's payment center, PO Box 2983, Milwaukee, WI 53201-2983 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 13804054 | | 16-17035 |
| 13852235 | *+ | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster, PA 18974-3229 |
| 14237748 | *+ | PNC Bank NA, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Dec 11, 2020 | Form ID: 210U | Total Noticed: 48 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Joint Debtor Theresa Siegler mcculloughheisenberg@gmail.com  cbmccullough64@gmail.com |
| CAROL B. MCCULLOUGH | on behalf of Debtor Edward R. Siegler mcculloughheisenberg@gmail.com  cbmccullough64@gmail.com |
| DAVID NEEREN | on behalf of Creditor PNC Bank  National Association dneeren@udren.com, vbarber@udren.com |
| ELIZABETH L. WASSALL | on behalf of Creditor PNC Bank  National Association ewassall@udren.com, bankruptcy@udren.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| MORRIS ANTHONY SCOTT | on behalf of Creditor PNC Bank  National Association pabk@logs.com |
| NICOLE B. LABLETTA | on behalf of Creditor PNC Bank  National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| PRINCE ALTEE THOMAS | on behalf of Creditor Benchmark Federal Credit Union pthomas@foxrothschild.com  brian-oneill-fox-5537@ecf.pacerpro.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Edward R. Siegler and Theresa Siegler                              Case No: 16−17035−amc
    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 12/11/20

For The Court

Timothy B. McGrath
Clerk of Court

81
Form 210U