United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-17035-amc |
| Edward R. Siegler | Chapter 7 |
| Theresa Siegler | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 11, 2020 | Form ID: 309A | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Edward R. Siegler, Theresa Siegler, 1569 W. County Line Road, Hatboro, Pa 19040-1009 |
| 13804056 | | Benchmark, PO Box 2387, West Chester, PA 19380-0114 |
| 13846640 | + | Benchmark Federal Credit Union, c/o Prince Altee Thomas, Fox Rothschild LLP, 2000 Market Street, Twentieth Floor, Philadelphia, PA 19103-3294 |
| 13846270 | + | Benchmark Federal Credit Union, c/o Prince Altee Thomas, Esquire, Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| 13871080 | + | Eaglewood SPV I, LP, Upstart Loan Operations, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 13892110 | + | Horsham Water & Sewer Authority, 617 Horsham Road, Horsham, PA 19044-1207 |
| 13898192 | + | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 13804067 | | Mariner Finance, 69 E Germantown Pike, Norristown, PA 19401-1558 |
| 13852234 | + | McCullough Eisenberg,, 65 West Street Road, Suite A-204, Warminster, PA 18974-3229 |
| 13804070 | | PNC Bank, PO Box 8807, Dayton, OH 45401-8807 |
| 13841263 | | PNC Bank, NA, c/o David Neenen, Esq., Udren Law Offices P.C., Woodcrest Rd., Ste. 200, Cherry Hill, NJ 08003-3620 |
| 13807324 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 13822951 | + | Warminster Twp. Municipal Auth., 415 Gibson Ave., PO Box 2279, Warminster, PA 18974-0147 |
| 13804077 | | Wells Fargo card services, PO Box 5412, Carol Stream, IL 60197-5412 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mcculloughEisenberg@gmail.com | Dec 12 2020 03:12:00 | CAROL B. MCCULLOUGH, McCullough Eisenberg, LLC, 65 W. Street Road, Suite A-204, Warminister, PA 18974 |
| tr | + | EDI: BCCSHUBERT.COM | Dec 12 2020 06:03:00 | CHRISTINE C. SHUBERT, 821 Wesley Avenue, Ocean City, NJ 08226-3622 |
| smg | | Email/Text: megan.harper@phila.gov | Dec 12 2020 03:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 12 2020 06:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2020 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 12 2020 03:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 12 2020 03:14:00 | United States Trustee, Office of the U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 13804057 | | EDI: CITICORP.COM | Dec 12 2020 06:03:00 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |

Case 16-17035-amc    Doc 84    Filed 12/13/20    Entered 12/14/20 00:57:34    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: 309A | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| 13804058 | EDI: CAPITALONE.COM | Dec 12 2020 06:03:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 13835724 | EDI: BL-BECKET.COM | Dec 12 2020 06:03:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13883222 | + Email/Text: bankruptcy@cavps.com | Dec 12 2020 03:14:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13804060 | EDI: CITICORP.COM | Dec 12 2020 06:03:00 | Citi Bank / The Home Depot, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13804062 | Email/PDF: creditonebknotifications@resurgent.com | Dec 12 2020 03:34:06 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 13804055 | EDI: JPMORGANCHASE | Dec 12 2020 06:03:00 | Amazon, PO Box 15298, Wilmington, DE 19850-5298 |
| 13804059 | EDI: JPMORGANCHASE | Dec 12 2020 06:03:00 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 13804063 | EDI: WFNNB.COM | Dec 12 2020 06:03:00 | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 13804064 | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2020 03:13:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 13899102 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2020 03:34:17 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14036160 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2020 03:34:11 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13804066 | EDI: RMSC.COM | Dec 12 2020 06:03:00 | Lowe's/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 13855266 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2020 03:46:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13881391 | + EDI: MID8.COM | Dec 12 2020 06:03:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13804068 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2020 03:40:40 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 13898365 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 12 2020 03:13:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13900990 | EDI: PRA.COM | Dec 12 2020 06:03:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13804069 | EDI: RMSC.COM | Dec 12 2020 06:03:00 | Paypal Credit Svcs, PO Box 960080, Orlando, FL 32896-0080 |
| 13803574 | EDI: RECOVERYCORP.COM | Dec 12 2020 06:03:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13804072 | EDI: RMSC.COM | Dec 12 2020 06:03:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 13804071 | EDI: RMSC.COM | Dec 12 2020 06:03:00 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 13804073 | EDI: WTRRNBANK.COM | Dec 12 2020 06:03:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 13804074 | EDI: WTRRNBANK.COM | Dec 12 2020 06:03:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 13804075 | EDI: CITICORP.COM | Dec 12 2020 06:03:00 | The Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 13804076 | EDI: RMSC.COM | | |

|  |  | Dec 12 2020 06:03:00 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| --- | --- | --- | --- |
| 13832931 | EDI: WFFC.COM | Dec 12 2020 06:03:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13804061 | EDI: CITICORP.COM | Dec 12 2020 06:03:00 | citi card, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 13804065 | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2020 03:13:00 | kohl's payment center, PO Box 2983, Milwaukee, WI 53201-2983 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 13804054 |  | 16-17035 |
| 13852235 | *+ | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster, PA 18974-3229 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020         Signature:    /s/Joseph Speetjens

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Edward R. Siegler<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9253<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Theresa Siegler<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–4385<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed in chapter: | 13    10/4/16 |
| Case number: | 16–17035–amc | Date case converted to chapter: | 7    12/11/20 |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Edward R. Siegler | Theresa Siegler |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1569 W. County Line Road<br>Hatboro, Pa 19040–1009 | 1569 W. County Line Road<br>Hatboro, Pa 19040–1009 |
| 4. | **Debtor's attorney**<br>Name and address | CAROL B. MCCULLOUGH<br>McCullough Eisenberg, LLC<br>65 W. Street Road<br>Suite A–204<br>Warminister, PA 18974 | Contact phone (215) 957–6411<br><br>Email: mcculloughelisenberg@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 938–4191<br><br>Email: christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 12/11/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 11, 2021 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/12/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |