**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Philadelphia Division**

**IN RE:**                                                      Case No. **16-17035**

**Siegler, Edward R. & Siegler, Theresa**            Chapter **7**

Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **December 21, 2020**      Signature: */s/ Edward R. Siegler*

                                        **Edward R. Siegler**                                              Debtor

Date: **December 21, 2020**      Signature: */s/*

                                                                                    Joint Debtor, if any

```
Amazon
PO Box 15298
Wilmington, DE   19850-5298


Benchmark
PO Box 2387
West Chester, PA   19380-0114


Best Buy Credit Services
PO Box 183195
Columbus, OH   43218-3195


Capital One Bank
PO Box 71083
Charlotte, NC   28272-1083


Chase
PO Box 15123
Wilmington, DE   19850-5123


Citi Bank / The Home Depot
PO Box 790040
Saint Louis, MO   63179-0040


citi card
PO Box 6403
Sioux Falls, SD   57117-6403
```

```
Credit One Bank
PO Box 60500
City of Industry, CA   91716-0500


Horsham Water and Sewer
617 Horsham Rd
Horsham, PA   19044-1207


Kay Jewelers
PO Box 3680
Akron, OH   44309-3680


Kohl's
PO Box 2983
Milwaukee, WI   53201-2983


kohl's payment center
PO Box 2983
Milwaukee, WI   53201-2983


Law Offices of Patenaude & Felix
4545 Murphy Canyon Rd Fl 3
San Diego, CA   92123-4363


Legacy Adventures Inc.
25010 Oakhurst Dr Ste 100
Spring, TX   77386-1965
```

```
Lowe's/Synchrony Bank
PO Box 530914
Atlanta, GA  30353-0914


Mariner Finance
69 E Germantown Pike
Norristown, PA  19401-1558


Merrick Bank
PO Box 9201
Old Bethpage, NY  11804-9001


Northland Group
PO Box 390905
Minneapolis, MN  55439-0905


Paypal Credit Svcs
PO Box 960080
Orlando, FL  32896-0080


PNC Bank
PO Box 8807
Dayton, OH  45401-8807


Ponderosa Campground
18 W Beaver Dam Rd # E3
Cape May Court House, NJ  08210-1413
```

Synchrony Bank
PO Box 965004
Orlando, FL  32896-5004


Synchrony Bank
PO Box 965060
Orlando, FL  32896-5060


Target
PO Box 673
Minneapolis, MN  55440-0673


Target Card Services
PO Box 660170
Dallas, TX  75266-0170


The Home Depot
PO Box 790328
Saint Louis, MO  63179-0328


Walmart/Synchrony Bank
PO Box 530927
Atlanta, GA  30353-0927


Warminster Municipal Authority
PO Box 2279
Warminster, PA  18974-0147

```
Wells Fargo card services
PO Box 5412
Carol Stream, IL  60197-5412
```