**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| EDWARD R. SIEGLER, | : | Case No. 16-17035-amc |
| THERESA SIEGLER, | : | |
| | : | |
| Debtors. | : | |

## ORDER APPROVING STIPULATION

Upon the attached Stipulation Among Christine C. Shubert, Chapter 7 Trustee, Edward R. Siegler and Theresa Siegler, and Benchmark Federal Credit Union for an Order Granting Limited Modification of the Automatic Stay of Section 362(d) (the "Stipulation"), it is hereby

ORDERED, that the Stipulation is approved and is hereby made an Order of this Court.

Dated: _____, 2021
**Date: January 14, 2021**

_____
Ashely M. Chan
United States Bankruptcy Judge

**Copies to:**
Christine C. Shubert
Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226

Edward R. and Theresa Siegler
1569 W. County Line Road
Hatboro, PA 19040-1009

Carol B. McCullough, Esquire
McCullough Eisenberg, LLC
65 W. Street Road, Suite A-204
Warminster, PA 18974

Prince Altee Thomas, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

118536602.v1