United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-17035-amc

Edward R. Siegler                                                                 Chapter 7

Theresa Siegler

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Edward R. Siegler, Theresa Siegler, 1569 W. County Line Road, Hatboro, Pa 19040-1009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Joint Debtor Theresa Siegler mccullougheisenberg@gmail.com  cbmccullough64@gmail.com |
| CAROL B. MCCULLOUGH | on behalf of Debtor Edward R. Siegler mccullougheisenberg@gmail.com  cbmccullough64@gmail.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| DAVID NEEREN | on behalf of Creditor PNC Bank  National Association dneeren@udren.com, vbarber@udren.com |
| ELIZABETH L. WASSALL | on behalf of Creditor PNC Bank  National Association ewassall@udren.com, bankruptcy@udren.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| MORRIS ANTHONY SCOTT | on behalf of Creditor PNC Bank  National Association pabk@logs.com |

District/off: 0313-2                                       User: admin                                              Page 2 of 2
Date Rcvd: Jan 15, 2021                              Form ID: pdf900                                       Total Noticed: 1

NICOLE B. LABLETTA
                          on behalf of Creditor PNC Bank  National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com

POLLY A. LANGDON
                          on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

PRINCE ALTEE THOMAS
                          on behalf of Creditor Benchmark Federal Credit Union pthomas@foxrothschild.com  brian-oneill-fox-5537@ecf.pacerpro.com

REBECCA ANN SOLARZ
                          on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| EDWARD R. SIEGLER, | : | Case No. 16-17035-amc |
| THERESA SIEGLER, | : | |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER APPROVING STIPULATION**

Upon the attached Stipulation Among Christine C. Shubert, Chapter 7 Trustee, Edward R. Siegler

and Theresa Siegler, and Benchmark Federal Credit Union for an Order Granting Limited Modification of

the Automatic Stay of Section 362(d) (the "Stipulation"), it is hereby

ORDERED, that the Stipulation is approved and is hereby made an Order of this Court.

Dated: _____, 2021
**Date: January 14, 2021**

_____
Ashely M. Chan
United States Bankruptcy Judge

**Copies to:**
Christine C. Shubert
Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226

Edward R. and Theresa Siegler
1569 W. County Line Road
Hatboro, PA 19040-1009

Carol B. McCullough, Esquire
McCullough Eisenberg, LLC
65 W. Street Road, Suite A-204
Warminster, PA 18974

Prince Altee Thomas, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

118536602.v1