United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-17035-amc |
| Edward R. Siegler | Chapter 7 |
| Theresa Siegler | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 19, 2021 | Form ID: 318 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Edward R. Siegler, Theresa Siegler, 1569 W. County Line Road, Hatboro, Pa 19040-1009 |
| 13804056 | | Benchmark, PO Box 2387, West Chester, PA 19380-0114 |
| 13846640 | + | Benchmark Federal Credit Union, c/o Prince Altee Thomas, Fox Rothschild LLP, 2000 Market Street, Twentieth Floor, Philadelphia, PA 19103-3294 |
| 13846270 | + | Benchmark Federal Credit Union, c/o Prince Altee Thomas, Esquire, Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| 13871080 | + | Eaglewood SPV I, LP, Upstart Loan Operations, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 13892110 | + | Horsham Water & Sewer Authority, 617 Horsham Road, Horsham, PA 19044-1207 |
| 14570733 | | Law Offices of Patenaude & Felix, 445 Murphy Canyon Rd Fl 3, San Diego, CA 92123-4363 |
| 14570734 | # | Legacy Adventures Inc., 25010 Oakhurst Dr Ste 100, Spring, TX 77386-1965 |
| 13898192 | + | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 13804067 | | Mariner Finance, 69 E Germantown Pike, Norristown, PA 19401-1558 |
| 13852235 | + | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster, PA 18974-3229 |
| 14570732 | | Northland Group, PO Box 390905, Minneapolis, MN 55439-0905 |
| 13804070 | | PNC Bank, PO Box 8807, Dayton, OH 45401-8807 |
| 13841263 | | PNC Bank, NA, c/o David Neenen, Esq., Udren Law Offices P.C., Woodcrest Rd., Ste. 200, Cherry Hill, NJ 08003-3620 |
| 14570609 | + | Ponderosa Campground, 18 W Beaver Dam Road, #E3, Cape May Court House, NJ 08210-1413 |
| 13807324 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14570731 | | Warminster Municioak Authority, PO Box 2279, Warminster, PA 18974-0147 |
| 13822951 | + | Warminster Twp. Municipal Auth., 415 Gibson Ave., PO Box 2279, Warminster, PA 18974-0147 |
| 13804077 | | Wells Fargo card services, PO Box 5412, Carol Stream, IL 60197-5412 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 20 2021 03:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Mar 20 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2021 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 20 2021 03:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13804057 | | EDI: CITICORP.COM | Mar 20 2021 03:33:00 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 13804058 | | EDI: CAPITALONE.COM | Mar 20 2021 03:33:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 4 |
| Date Rcvd: Mar 19, 2021 | Form ID: 318 | | Total Noticed: 53 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 13835724 | EDI: BL-BECKET.COM | Mar 20 2021 03:33:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13883222 | + Email/Text: bankruptcy@cavps.com | Mar 20 2021 03:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13804060 | EDI: CITICORP.COM | Mar 20 2021 03:33:00 | Citi Bank / The Home Depot, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13804062 | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2021 04:15:18 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14570736 | EDI: JPMORGANCHASE | Mar 20 2021 03:33:00 | Chase, PO Box 15123, Wilm., DE 19850-5123 |
| 13804059 | EDI: JPMORGANCHASE | Mar 20 2021 03:33:00 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 14570735 | EDI: JPMORGANCHASE | Mar 20 2021 03:33:00 | Amazon, PO Box 15298, Wilm., DE 19850-5298 |
| 13804055 | EDI: JPMORGANCHASE | Mar 20 2021 03:33:00 | Amazon, PO Box 15298, Wilmington, DE 19850-5298 |
| 13804063 | EDI: WFNNB.COM | Mar 20 2021 03:33:00 | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 13804064 | Email/Text: PBNCNotifications@peritusservices.com | Mar 20 2021 03:57:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 13899102 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2021 04:15:28 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14036160 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2021 04:15:26 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13804066 | EDI: RMSC.COM | Mar 20 2021 03:33:00 | Lowe's/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 13855266 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 20 2021 04:21:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13881391 | + EDI: MID8.COM | Mar 20 2021 03:33:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13804068 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 20 2021 04:15:16 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 13898365 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 20 2021 03:57:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13900990 | EDI: PRA.COM | Mar 20 2021 03:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13804069 | EDI: RMSC.COM | Mar 20 2021 03:33:00 | Paypal Credit Svcs, PO Box 960080, Orlando, FL 32896-0080 |
| 13803574 | EDI: RECOVERYCORP.COM | Mar 20 2021 03:33:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13804072 | EDI: RMSC.COM | Mar 20 2021 03:33:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 13804071 | EDI: RMSC.COM | Mar 20 2021 03:33:00 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 13804073 | EDI: WTRRNBANK.COM | Mar 20 2021 03:33:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 13804074 | EDI: WTRRNBANK.COM | Mar 20 2021 03:33:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 13804075 | EDI: CITICORP.COM | Mar 20 2021 03:33:00 | The Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |

Case 16-17035-amc    Doc 100    Filed 03/21/21    Entered 03/22/21 00:45:36    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: 318 | Total Noticed: 53 |

| 13804076 | EDI: RMSC.COM | | | |
|---|---|---|---|---|
| | | | Mar 20 2021 03:33:00 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 13832931 | EDI: WFFC.COM | | | |
| | | | Mar 20 2021 03:33:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13804061 | EDI: CITICORP.COM | | | |
| | | | Mar 20 2021 03:33:00 | citi card, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 13804065 | Email/Text: PBNCNotifications@peritusservices.com | | | |
| | | | Mar 20 2021 03:57:00 | kohl's payment center, PO Box 2983, Milwaukee, WI 53201-2983 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13804054 | | 16-17035 |
| 14570737 | * | Citi Card, PO Box 6403, Sioux Falls, SD 57117-6403 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Joint Debtor Theresa Siegler mcculloughheisenberg@gmail.com cbmccullough64@gmail.com |
| CAROL B. MCCULLOUGH | on behalf of Debtor Edward R. Siegler mcculloughheisenberg@gmail.com cbmccullough64@gmail.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| DAVID NEEREN | on behalf of Creditor PNC Bank National Association dneeren@udren.com, vbarber@udren.com |
| ELIZABETH L. WASSALL | on behalf of Creditor PNC Bank National Association ewassall@udren.com, bankruptcy@udren.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| MORRIS ANTHONY SCOTT | on behalf of Creditor PNC Bank National Association pabk@logs.com |
| NICOLE B. LABLETTA | on behalf of Creditor PNC Bank National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 19, 2021 | Form ID: 318 | Total Noticed: 53

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

PRINCE ALTEE THOMAS
    on behalf of Creditor Benchmark Federal Credit Union pthomas@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Edward R. Siegler<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9253<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Theresa Siegler<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4385<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 16–17035–amc | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward R. Siegler                               Theresa Siegler

3/19/21                                         **By the court:**   Ashely M. Chan
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**